AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| Second Amendmet Foundation; Andrew Moore, an Individual; and James Treuel, an Individual | ) ) ) ) ) ) ) ) ) ) ) ) ) |
| *Plaintiff(s)* | |
| v. | Civil Action No. 4:26-CV-05996  KAW |
| Contra Costa County; Contra Costa County Sheriff's Office; Sheriff David Livingston, in his official capacity; and XXXXXXXXX | |
| *Defendant(s)* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Contra Costa County, 1025 Escobar Street, Martinez, CA 94553;

Contra Costa County Sheriff's Office, 1850 Muir Road, Martinez, CA 94553;

Sheriff David Livingston, in his official capacity, c/o Contra Costa County Sheriff's Office,1850 Muir Road, Martinez, CA 94553; and DOES 1-10

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   John William Dillon
Dillon Law Group, APC
2647 Gateway Road Suite 105, No. 255
Carlsbad, CA 92009

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Mark B.Busby*

Date:   06/30/2026

*Felicia Brown*   Felicia Brown

*Signature of Clerk or Deputy Clerk*